```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 46905
    JOSE T GARCIA
    JOSABETH GARCIA                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-2892    SSN XXX-XX-1704

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/21/04 and confirmed on 03/18/05.

    2.  The case was dismissed after confirmation, 02/01/2008.

    3.  The Debtor paid a total of $   8000.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 8475.00 | 1156.45 | 4166.36 |
| CITY OF NORTH CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| KIDCARE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1757.62 | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DARRYL M BRONSON MD | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY SPECIALISTS OF | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GRAND DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| K MART RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY MENTAL HEALT | UNSECURED | NOT FILED | .00 | .00 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE CARDIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| NORTHEAST RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSHORE WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE MANAGEMENT SERV | UNSECURED | NOT FILED | .00 | .00 |

```
RCS                           UNSECURED     NOT FILED              .00         .00
REVENUE PRODUCTION MGMT       UNSECURED     NOT FILED              .00         .00
PATIENT FINANCIAL SERVIC      UNSECURED     NOT FILED              .00         .00
THE CHILDRENS HEALTH CEN      UNSECURED        237.80              .00         .00
US CELLULAR                   UNSECURED     NOT FILED              .00         .00
UNIQUE NATIONAL COLLECTI      UNSECURED     NOT FILED              .00         .00
VAN RU CREDIT                 UNSECURED     NOT FILED              .00         .00
WAL MART COLLECTION DIVI      UNSECURED     NOT FILED              .00         .00
DAIMLER CHRYSLER FINANCI      UNSECURED       2646.59              .00         .00
VISTA MEDICAL CENTER EAS      UNSECURED       1660.90              .00         .00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   8475.00           .00      6302.91         .00    14777.91
PRINCIPAL PAID       4166.36           .00          .00         .00     4166.36
INTEREST PAID        1156.45           .00          .00         .00     1156.45
TOTAL PAID           5322.81           .00          .00         .00     5322.81
```

The Debtor's attorney, HAROLD M SAALFELD         , was allowed $   2550.00
and was paid $    440.00   direct and $   2110.00   through the plan.

The Trustee received $    317.19 .

Refunds to the Debtor totaled $    250.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/18/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE    2
        CASE NO. 04 B 46905 JOSE T GARCIA & JOSABETH GARCIA